UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO.:   24-34173 |
| Margaret E Beaman   aka Margaret Elisabeth Beaman | CHAPTER:   7 |
| Debtor(s). | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW COMES, Albertelli Law, who states that its legal services have been retained on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, not individually but solely as trustee for FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1, and Albertelli Law, enters its appearance as counsel of record and requests notice of all motions and pleadings filed in this action.

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in accordance with Rule 2002(g):

/s/ Carson T. H. Emmons
Carson T. H. Emmons
Carson T. H. Emmons
Texas Bar No. 24112898
Email: cemmons@alaw.net
Albertelli Law
6565 N. MacArthur Drive
Suite 470
Irving, TX 75039
Phone: (813) 221-4743

ALAW FILE NO. 24-032988

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before 09/12/2024, I caused a true and correct copy of the foregoing, and all attachments, to be served upon each of the entities named below via the court's notice of electronic filing or via Regular U.S. Mail as follows.

/s/ Carson T. H. Emmons

Carson T. H. Emmons
Carson T. H. Emmons
Texas Bar No. 24112898
Email: cemmons@alaw.net
Albertelli Law
6565 N. MacArthur Drive
Suite 470
Irving, TX 75039
Phone: (813) 221-4743

24-032988

**Service List**

Alan D Borden
Resolve Law Group
801 Travis St Ste 2101
Houston, TX 77002


Margaret E Beaman
610 Avery Rd
Sugar Land, TX 77479


Ronald J Sommers
Ronald Sommers, Trustee
1400 Post Oak Blvd., Suite 300
Houston, TX 77056


US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002


----------END OF SERVICE LIST----------